UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUSTIN CALLISON,<br><br>     Plaintiff,<br><br>   vs.<br><br>ALFREDO RUVALCABA, et al.,<br><br>     Defendants. | 1:12-cv-00962-AWI-GSA-PC<br><br>NOTICE OF TELEPHONIC HEARING ON MOTION TO WITHDRAW AS COUNSEL (Doc. 20.)<br><br><u>Telephonic Hearing</u>:<br><br>   April 24, 2014 at 10:00 a.m.<br>   in Courtroom 10 (GSA) |

**TO:   PLAINTIFF DUSTIN CALLISON, PLAINTIFF'S ATTORNEY KEVIN G. LITTLE, DEFENDANTS AND THEIR ATTORNEY OF RECORD:**

**PLEASE TAKE NOTICE** that on April 24, 2014, at 10:00 a.m. in Courtroom 10, a telephonic hearing shall be held before Magistrate Judge Gary S. Austin on Kevin G. Little's motion to withdraw as counsel for Plaintiff, filed on March 4, 2014.

Counsel for Plaintiff is required to arrange for the participation of Plaintiff and Defendants in the telephonic hearing and to initiate a one-line conference call for all participants at **(559) 499-5960.**

IT IS SO ORDERED.

   Dated:   **April 15, 2014**          **/s/ Gary S. Austin**
                             UNITED STATES MAGISTRATE JUDGE