UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUSTIN CALLISON,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ALFREDO RUVALCABA, et al.,<br><br>　　　　Defendants. | 1:12-cv-00962-AWI-GSA-PC<br><br>ORDER DENYING REQUEST BY PLAINTIFF'S COUNSEL TO CONDITIONALLY WITHDRAW MOTION (Doc. 30.)<br><br>ORDER FOR COUNSEL TO FILE A RESPONSE TO THIS ORDER WITHIN TWENTY DAYS, AS INSTRUCTED BY THIS ORDER<br><br>ORDER DIRECTING CLERK TO SERVE THIS ORDER ON PLAINTIFF AT THE FRESNO COUNTY JAIL |

On March 4, 2014, Plaintiff's counsel, Kevin G. Little, Esq. ("Counsel") filed a Motion to Withdraw as Counsel ("Motion") for Plaintiff, Dustin Callison ("Plaintiff"). (Doc. 20.) On March 28, 2014, Plaintiff filed an opposition to the Motion, which the court ordered to be sealed. (Docs. 25, 26.) On April 21, 2014, Defendants filed a statement of non-opposition to the Motion. (Doc. 28.)

The Motion was heard on April 24, 2014 at 10:00 a.m. before the Honorable Gary S. Austin, United States Magistrate Judge. Plaintiff and Attorney Kevin G. Little appeared telephonically. Representatives or counsel for Defendants were not present and did not

participate in the hearing.  Attorney Little represented to the Court that he seeks to withdraw as Plaintiff's counsel for financial reasons, pursuant to his Motion filed with the Court.  Plaintiff represented to the Court that he opposes the Motion, pursuant to his opposition filed with the Court.  The Court took the Motion under submission, with an order to follow, and the hearing was concluded.

On April 26, 2014, Attorney Little filed a declaration in which he requested to withdraw his Motion of March 4, 2014, under the following conditions:  if the trial in this matter is scheduled for a date after Plaintiff's anticipated release from custody in April 2015, if Plaintiff has no further arrests or similar incidents while this case remains pending in the district court, and if the Court endorses these conditions.

In light of the pretrial deadlines set by the Court's order of March 10, 2014, it appears unlikely that trial for this case will be scheduled to commence earlier than April 2015.  However, the Court cannot endorse the condition that Plaintiff shall have no further arrests or similar incidents while this case is pending, over which the Court has no control.  Moreover, the Court is not amenable to holding its ruling on Counsel's Motion in abeyance pending events which may never occur.  Therefore, Counsel's request for a conditional withdrawal of his Motion shall be denied, and Counsel shall be required to file a response to this order within twenty days, notifying the Court either that he seeks a ruling on his Motion of March 4, 2015, or that he seeks to withdraw his Motion, without prejudice to renewal of the Motion at a later stage of the proceedings.

Accordingly, IT IS HEREBY ORDERED that:

1. Attorney Kevin G. Little's Request filed on April 26, 2014, to conditionally withdraw his Motion to Withdraw as Counsel for Plaintiff, is DENIED;

2. Within twenty days, Attorney Kevin G. Little is required to file a written response to this order, notifying the court either that he seeks a ruling on his Motion of March 4, 2014, or that he seeks to withdraw his Motion, without prejudice to renewal of the Motion at a later stage of the proceedings; and

///

3.  The Clerk of Court is directed to serve a copy of this order upon Plaintiff at the following address:

> Dustin Callison, #0089368
> Fresno County Jail
> P.O. Box 872
> Fresno, CA  93712

IT IS SO ORDERED.

Dated:  **May 7, 2014**             **/s/ Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE