UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUSTIN K. CALLISON,<br><br>  Plaintiff,<br><br>  vs.<br><br>ALFREDO RUVALCABA, et al.,<br><br>  Defendants. | 1:12-cv-00962-AWI-GSA-PC<br><br>ORDER APPROVING STIPULATION TO DISMISS CASE WITH PREJUDICE (Doc. 34.)<br><br>ORDER DISMISSING CASE IN ITS ENTIRETY, WITH PREJUDICE<br><br>ORDER FOR CLERK TO CLOSE CASE |

Dustin K. Callison ("Plaintiff") is a state prisoner proceeding with counsel in this civil rights action pursuant to 42 U.S.C. § 1983.

On November 14, 2014, a Stipulation to dismiss this case with prejudice was filed with the court, containing the signatures of counsel for Plaintiff and counsel for Defendants. (Doc. 34.) Pursuant to Federal Rule of Civil Procedure 41(a)(1), this case terminated.

Accordingly, IT IS HEREBY ORDERED that:

1. Pursuant to Rule 41(a) and the Parties' stipulation (Doc. No. 34), this case is DISMISSED in its entirety, with prejudice, each side to bear its own costs and legal fees; and

2. The Clerk is directed to CLOSE this case.

IT IS SO ORDERED.

Dated:   November 25, 2014              _____
                                         SENIOR DISTRICT JUDGE